with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JACK NAGER and EEGEE DRESS COMPANY, INC., Appellants, for an Order Staying the Trial of an Action Commenced in the Municipal Court of the City of New York, Borough of Manhattan, Fifth District, against Them by HARRY EIDLINGER, Respondent, until the Issues Involved Therein Have Been Arbitrated.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CLAIRE S. AUER, Respondent, v. WOODMERE HATS, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CLAIRE S. AUER, Respondent, v. WOODMERE HATS, INC., Appellant.— Order unanimously modified by eliminating items 6 and 7 of plaintiff's notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CLAIRE S. AUER, Respondent, v. WOODMERE HATS, INC., Appellant.— Order unanimously modified by granting the motion to vacate items 1 (a) and (b); 2 (a), (b), (c) and (d), but defendant is directed to state generally what it will claim would have been a reasonable total amount of orders; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within ten days after service of order. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEON MAJEWSKI, Respondent, v. ISYDOR MAJEWSKI and Another, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARY LORD, Suing for Herself as a Stockholder and a Voting Trust Certificate Holder, etc., Respondent, v. SUSQUEHANNA SILK MILLS and Others, Defendants, Impleaded with WILLIAM M. VERMILYE and Others, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the direction that the cause be set down for trial for a day certain eliminated therefrom. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of EUGENE EPSTEIN v. JOHN J. MCELLIGOTT, Fire Chief and Commissioner.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 755.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ARMCO INTERNATIONAL CORPORATION v. PABLO HOMS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with